### 14072.   JONES *v.* THE STATE.

LUKE, J.   The sole assignment of error is upon the ground that the evidence did not authorize the defendant's conviction. Upon conflicting evidence the jury were authorized to return the verdict of guilty. The verdict having the approval of the trial judge, this court cannot say that it was error to overrule the motion for a new trial.
        *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED MARCH 6, 1923.

Indictment for larceny of automobile; from Fulton superior court — Judge Humphries. October 16, 1922.

*Len K. Roan,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.